Monte J. White and Associates, P.C.
Monte J. white
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| Zawicki, Michael George | § | CASE NO. 12-10772-NLJ-13 |
| AND | § | |
| Zawicki, Evelyn Laverne | § | |
| DEBTORS | § | |
| | § | |

MOTION TO MODIFY CHAPTER 13 PLAN
AFTER CONFIRMATION UNDER 11 USC §1329

The Debtors, by their attorney, state and represent as follows:

1. Debtors' Chapter 13 plan was confirmed on 6/21/2012.
3. Debtors have filed amended Schedule J with the Court.
4. That Debtors' confirmed plan required plan payments of $2,204.00 for 60 months for a total plan base of $132,063.00.
5. That Debtors seek a modification under 1329(a) to decrease their plan payments to $1,300.00 beginning October 2013 according to their current disposable income. Debtors' Chapter 13 plan base will decrease accordingly.
6. Debtors wish to trade in the 2012 Ford Mustang, for which they will receive $22,500.00. Currently, the balance pay-off is $4,650.00.
7. Debtors wish to purchase a 2009 Mercury Grand Marquis for $14,679.00.
8. The Chapter 13 Trustee will cease making payments to Red River Federal Credit Union.
9. Debtors' plan payments are current through September 2013.
10. Debtors feel this modification is necessary due to their advanced age and their need to transport medical equipment when traveling to doctor appointments.
11. Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 which will be paid through the Plan by the Trustee.

WHEREFORE, the Debtors move this honorable court to enter an order modifying Debtors' confirmed Chapter 13 Plan, and to other and further relief to which them may be entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF MAILING

A true and exact copy of the foregoing was served electronically by the ECF System or by First Class Mail on 9/24/2013, on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtors

```
Label Matrix for local noticing          GE Capital Retail Bank                    OCWEN LOAN SERVICING, LLC
1087-5                                   c/o Recovery Management Systems Corporat  Baer, TImberlake, Coulson, Cates P.C.
Case 12-10772                            25 SE 2nd Avenue, Suite 1120              c/o Robert Hauge
Western District of Oklahoma             Miami, FL 33131-1605                      6846 S. Canton Ave, Suite 100
Oklahoma City                                                                      Tulsa, OK 74136-3413
Tue Sep 24 14:01:02 CDT 2013

Oak Harbor Capital VI, LLC               PRA Receivables Management, LLC           USBC Western District of Oklahoma
c/o Weinstein & Riley, P.S.              POB 41067                                 215 Dean A. McGee
2001 Western Ave., Ste. 400              NORFOLK, VA 23541-1067                    Oklahoma City, OK 73102-3426
Seattle, WA 98121-3132



AAFES/MIL STAR/EXCHANGE                  BACK BOWL I LLC, SERIES C                 (p)BANK OF AMERICA
c/o Creditors Bankruptcy Service         C O WEINSTEIN AND RILEY, PS               PO BOX 982238
P.O. Box 740933                          2001 WESTERN AVENUE, STE 400              EL PASO TX 79998-2238
Dallas, TX 75374-0933                    SEATTLE, WA 98121-3132



CAPITAL ONE, N.A.                        Chase                                     (p)CITIBANK
by PRA Receivables Management, LLC       Po Box 15298                              PO BOX 790034
PO Box 12907                             Wilmington, DE 19850-5298                 ST LOUIS MO 63179-0034
Norfolk VA 23541-0907



Discover Bank,DB Servicing Corporation.  Discover Fin                              GMAC Mortgage, LLC
PO Box 3025                              Attention:  Bankruptcy Department         Attn: Bankruptcy Department
New Albany, OH 43054-3025                PO Box 3025                               1100 Virginia Ave
                                         New Albany, OH 43054-3025                 FT. Washington, PA 19034-3204



Gmac Mortgage                            Hsbc Bank                                 Internal Revenue Service
3451 Hammond Ave                         HSBC Card Services / Attn: Bankruptcy De  55 N. Robinson Stop 5024
Waterloo, IA 50702-5300                  PO Box 5213                               Oklahoma City, OK 73102-9229
                                         Carol Stream, IL 60197-5213



Internal Revenue Service                 Miitary Star/AAFES                        Monte J. White & Associates
Special Procedures-Insolvency            AAFES                                     1106 Brook Ave
PO Box 7346                              PO Box 650060                             Wichita Falls TX 76301-5009
Philadelphia, PA 19101-7346              Dallas, TX 75265-0060



Ocwen Loan Servicing LLC                 (p)OKLAHOMA TAX COMMISSION                PRA Receivables Management LLC
Attn  Bankruptcy Department              120 N ROBINSON                            Portfolio Recovery Associates LLC
1100 Virginia Drive                      STE 2000W                                 PO Box 41067
Fort Washington PA 19034-3204            OKLAHOMA CITY OK 73102-7801               Norfolk VA 23541-1067



(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for           Recovery Management Systems Corporation
PO BOX 41067                             World Financial Network Bank              25 S.E. 2nd Avenue, Suite 1120
NORFOLK VA 23541-1067                    PO Box 788                                Miami, FL 33131-1605
                                         Kirkland, WA  98083-0788



Red River Federal Cr U                   Red River Federal Credit Union            Sears/cbna
2721 N. Main St                          PO Box 638                                Po Box 6282
Altus, OK 73521-1617                     Altus, OK 73522-0638                      Sioux Falls, SD 57117-6282
```

| | | |
|---|---|---|
| State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | State Farm Financial S<br>PO Box 2328<br>Bloomington, IL 61702-2328 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |
| Wfnnb/woman<br>Attention: Bankruptcy<br>PO Box 182686<br>Columbus, OH 43218-2686 | Evelyn Laverne Zawicki<br>3617 Trail Dr West<br>Altus, OK 73521-1042 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 |
| Michael George Zawicki<br>3617 Trail Dr West<br>Altus, OK 73521-1042 | Monte J. White<br>1106 Brook Ave<br>Wichita Falls, TX 76301-5009 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | (d)FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Oklahoma Tax Commission<br>PO Box 53248<br>Oklahoma City, OK 73152-3248 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Oak Harbor Capital VI, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients   37
Bypassed recipients    1
Total                 38