**Dated: October 28, 2013,  01:00 PM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | § | |
| Zawicki, Michael George | § | Case No. 12-10772-NLJ-13 |
| AND | § | Chapter 13 |
| Zawicki, Evelyn Laverne | § | |
| Debtors | § | |

ORDER ON MOTION TO MOTION TO MODIFY CHAPTER 13 PLAN
AFTER CONFIRMATION UNDER 11 USC §1329

Came to be heard/considered Debtors' Motion to Motion to Modify Chapter 13 Plan After Confirmation Under 11 USC §1329 in the above styled and numbered case. Counsel for debtor represents that the motion was filed 9/24/2013, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the date for filing objections was 10/15/2013. No objections have been filed, therefore, the motion should be granted.

1. Debtors' are current through September 2013. The payment will reduce to $2,097.00 beginning October 2013. The base will reduce accordingly.

2. Debtors will trade in their 2012 Ford Mustang for $22,500.00. Proceeds will be

used to pay Red River Federal Credit Union and for the purchase 2009 Mercury Grand Marquis in the amount of $14,679.00.

3. The Chapter 13 Trustee will cease making payments to Red River Federal Credit Union for the 2012 Ford Mustang.

4. Debtors' attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 which will be paid through the Plan by the Trustee.

IT IS SO ORDERED

### 

APPROVED FOR ENTRY:

s/Monte J. White                              /s/Michael George Zawicki
Attorney for Debtor
Monte J. White & Associates                   /s/Evelyn Laverne Zawicki
1106 Brook Ave
Wichita Falls, TX 76301
attyinfo@montejwhite.com
(940) 723-0099
(940) 723-0096 (fax)

s/Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter13 Trustee
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK 73101
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)